_____

No. 96-3575
_____

United States of America,           *
                                     *
          Appellee,                  *
                                     *
     v.                              *   Appeal from the United States
                                     *   District Court for the
Rodney White, also known as          *   Eastern District of Missouri.
Rodney Members, also know as         *
Paul Rogers,                         *          [UNPUBLISHED]
                                     *
          Appellant.                 *


_____

          Submitted:  January 23, 1997

             Filed:  January 31, 1997
_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.
_____

PER CURIAM.


     Rodney White appeals the 60-month sentence imposed by the district
court[1] after he pleaded guilty to conspiracy to commit credit card fraud,
in violation of 18 U.S.C. § 1029(a) and (b)(2).  White argues he should
have received an acceptance-of-responsibility reduction under U.S.
Sentencing Guidelines Manual § 3E1.1 (1995).


     We note that White fled from the police, gave false information upon
his initial arrest, escaped and eluded recapture for over a year, pleaded
guilty only six days before his scheduled trial, and received an
obstruction-of-justice enhancement under

_____

     [1]The Honorable Carol E. Jackson, United States District
Judge for the Eastern District of Missouri.

U.S. Sentencing Guidelines Manual § 3C1.1 (1995). We conclude the district court did not clearly err by denying White an acceptance-of-responsibility reduction. See United States v. Nguyen, 52 F.3d 192, 194 (8th Cir. 1995) (standard of review); U.S. Sentencing Guidelines Manual § 3E1.1, comment. (n.1(d)) (considerations include whether defendant promptly and voluntarily surrendered to police), (n.4) (absent extraordinary circumstances, § 3C1.1 enhancement precludes § 3E1.1 reduction) (1995).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.